In the Matter of LEON FISCHBEIN, Petitioner. BROOKLYN BAR ASSOCIATION, Respondent.— Application by petitioner for reinstatement as an attorney and counselor at law, denied. Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.